# Order

Michigan Supreme Court
Lansing, Michigan

July 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157925(74)(75)(78)(82)

CITIZENS PROTECTING MICHIGAN'S
CONSTITUTION, JOSEPH SPYKE, and
JEANNE DAUNT,
      Plaintiffs-Appellants,

v

SECRETARY OF STATE and
BOARD OF STATE CANVASSERS,
      Defendants/Cross-Defendants-
      Appellees,
and

VOTERS NOT POLITICIANS BALLOT
COMMITTEE, d/b/a VOTERS NOT
POLITICIANS; COUNT MI VOTE, d/b/a
VOTERS NOT POLITICIANS; KATHRYN A.
FAHEY; WILLIAM R. BOBIER; and DAVIA C.
DOWNEY;
      Intervening Defendants/Cross-
      Plaintiffs-Appellees.
_____/

SC: 157925
COA: 343517

      On order of the Chief Justice, the motions for immediate consideration and to allow the Attorney General to participate in oral argument by sharing five minutes of plaintiffs-appellants' allotted time for argument are GRANTED. On further order of the Chief Justice, the separate motions of Fair Lines America and the American Civil Liberties Union of Michigan to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those entities on July 13, 2018, are accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2018



Clerk